GARDINER, Respondent, v. UTICA BELT LINE ST. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1902.) Action by John T. Gardiner against the Utica Belt Line Street Railroad Company. No opinion. Judgment and order affirmed, with costs.

GENUNG v. BALDWIN. (Supreme Court, Appellate Division, Third Department. September 16, 1902.) Action by George D. Genung against Hugh J. Baldwin. No opinion. Motion for reargument granted.

GIALLELA, Appellant, v. GIALLELLA, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1902.) Action by Vito Giallela against Tony Giallella. No opinion. Order affirmed, with $10 costs and disbursements.

GONSALEZ, Appellant, v. MYERS, Respondent. (Supreme Court, Appellate Division, Third Department. September 16, 1902.) Action by Angelic N. Gonsalez against Charles G. Myers. No opinion. Order affirmed, without costs.

GRANGER, Respondent, v. LOCKWOOD et al., Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Abbott D. Granger against Henry B. Lockwood and others From a judgment for plaintiff, entered on the report of the referee, defendants appeal. Modified. Clarence L. Barber, for appellants. Walter I. McCoy, for respondent.

PER CURIAM. On the authority of Burhorn v. Lockwood, 71 App. Div. 301, 75 N. Y. Supp. 828, the judgment is reversed, and new trial granted, with costs to appellants to abide event, unless the respondent stipulates to reduce the recovery by the difference between the price of the stock at 66½ and 62⅞, viz., by reducing the judgment as entered, for damages, interest, costs, and allowance, to the sum of $3,171.57, together with interest thereon from the time of recovery; and, in the event of such stipulation being filed, the judgment, as so modified, is affirmed, without costs.

GRAY, Respondent, v. LUCHOW PAN-AMERICAN RESTAURANT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by Henry J. Gray against the Luchow Pan-American Restaurant Company. No opinion. Order affirmed, with $10 costs and disbursements.

GRIESMAN, Respondent, v. NEW YORK & Q. CO. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1902.) Action by Maria Griesman, as administratrix, etc., of Conrad G. Griesman, deceased, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

GRIMES, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1902.) Action by John Grimes against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

GRUBE v. GRUBE. (Supreme Court, Appellate Division, First Department. October 17, 1902.) Action by Charles Grube against Katharina Grube. No opinion. Appeal dismissed, with $10 costs.